UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CARYLON YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00441-JMS-DLP |
| | ) | |
| WEXFORD OF INDIANA, LLC, | ) | |
| S. BYRD, | ) | |
| N. RAJOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court now enters final judgment in favor of all defendants and against the plaintiff.

The plaintiff's claims are **dismissed with prejudice**.

Date: 8/1/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

CARYLON YOUNG
268845
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Angela Marie Rinehart
KATZ  KORIN CUNNINGHAM, P.C.
arinehart@kkclegal.com

Sarah Jean Shores-Scisney
Stoll Keenon Ogden PLLC (SKO)
sarah.shores@skofirm.com